# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

RODERICK EDWARD EVANS, )
)
        Plaintiff, )
)
vs. )   Case No. CIV-13-550-M
)
CAROLYN W. COLVIN, )
Acting Commissioner of the Social Security )
Administration, )
)
        Defendant. )

## ORDER

On June 27, 2014, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Acting Commissioner of the Social Security Administration ("Acting Commissioner") denying plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 416(I), 423. The Magistrate Judge recommended the Acting Commissioner's decision be reversed and remanded for further administrative proceedings. The parties were advised of their right to object to the Report and Recommendation by July 17, 2014. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)     ADOPTS the Report and Recommendation [docket no. 21] issued by the Magistrate Judge on June 27, 2014;

(2)     REVERSES the decision of the Acting Commissioner;

(3)     REMANDS for further administrative proceedings consistent with the Report and Recommendation; and

(4) ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 24th day of July, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE